**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 8409
Jsc@cogburnlaw.com
LARSON A. WELSH, ESQ.
Nevada State Bar No. 12517
lw@cogburnlaw.com
2879 St. Rose Parkway, Suite 200
Henderson, Nevada 89052
Tel: (702) 384-3616
Fax: (702) 943-1936
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Louis Ball, Jr. and Patricia Ball,<br><br>                    Plaintiffs,<br><br>vs.<br><br>Portfolio Recovery Associates, LLC, and Portfolio Recovery Associates, Inc.,<br><br>                    Defendant(s).<br>COMPLAINT | Case No: 2:12-cv-01243-PMP -CWH<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL AS TO DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, INC. ONLY WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs have filed with the Clerk of the District Court of Nevada, Plaintiffs' Notice of Dismissal of all claims against Defendant Portfolio Recovery Associate, Inc., only, without prejudice.

DATED this 2nd day of August, 2012.

                                        COGBURN LAW OFFICES

                                        By: /s/Jamie S. Cogburn
                                             Jamie S. Cogburn, Esq.
                                             Nevada Bar No. 8409
                                             Larson A. Welsh, Esq.
                                             Nevada Bar No. 12517
                                             2879 St. Rose Parkway, Suite 200
                                             Henderson, Nevada 89052
                                             Attorneys for Plaintiffs

*Co-counsel with WEISBERG & MEYERS, LLC*

5025 N. Central Ave. #602
Phoenix, AZ 85012
Not admitted before this Court
ECF@ATTORNEYSFORCONSUMERS.COM

Notice Filed electronically on this 2nd day of August, 2012, with:

United States District Court CM/ECF system

Copy mailed on this 2nd day of August, 2012, to:

Portfolio Recovery Associates, Inc.
c/o National Registered Agents, Inc.
160 Greentree Dr., Suite 101
Dover, DE 19904

s/Kristin Little
Kristin Little

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated: August 3, 2012.

**COGBURN LAW OFFICES**
2879 St. Rose Parkway, Suite 200
Henderson, Nevada 89052
(702) 384-3616 FAX :(702) 943-1936