AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Louis Ball, Jr.,
Patricia Ball

                Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

V.

Portfolio Recovery Associates, LLC

Case Number: 2:12-cv-01243-PMP-CWH

                Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☒ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

judgment is hereby entered in favor of Plaintiffs, Louis Ball, Jr. and Patricia Ball and against Defendant Portfolio Recovery Associates, LLC in the amount of $2002.00.

| | |
|---|---|
| January 9, 2013 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Molly Morrison |
| | (By) Deputy Clerk |