UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LOUIS BALL, JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 2:12-CV-01243-PMP-CWH |
| | ) |
| PORTFOLIO RECOVERY | ) ORDER |
| ASSOCIATES, LLC, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Having read and considered the Notice of Settlement (Doc. #26) filed on February 12, 2013,

IT IS ORDERED that the parties shall have to and including March 22, 2013 within which to file their Stipulation for Dismissal.

DATED: February 19, 2013

_____
PHILIP M. PRO
United States District Judge